UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTI L. CHERAMIE | CIVIL ACTION NO. 06-0165 |
| VS. | SECTION P |
| JOHNNIE JONES, WARDEN | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Findings and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of habeas corpus is **DENIED AND DISMISSED WITH PREJUDICE** as time-barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 24th day of July, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE