U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 2 9 2006

ROBERT H. SHEMWELL, CLERK
BY _____
   DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

CHRISTI L. CHERAMIE

VERSUS

WARDEN, LA CORR. INST. FOR WOMEN

CIVIL ACTION NO. 1:06CV0165
JUDGE DRELL
MAG. JUDGE KIRK

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

 The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

\_\_\_ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at ALEXANDRIA, Louisiana, this 28th day of August, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE