RECEIVED
NOV 07 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 06-30884

---

06-0165

United States Court of Appeals
Fifth Circuit

**FILED**
November 2, 2006

Charles R. Fulbruge III
Clerk

CHRISTI L CHERAMIE

Petitioner - Appellant

v.

JOHNNIE JONES, Warden, Louisiana Correctional Institute for Women

Respondent - Appellee

---

Appeal from the United States District Court for the
Western District of Louisiana, Alexandria

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of November 2, 2006, for want of prosecution. The appellant failed to timely pay the docketing fee.

> CHARLES R. FULBRUGE III
> Clerk of the United States Court
> of Appeals for the Fifth Circuit
>
> By: _____
> Cindy Broadhead, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____ Deputy
New Orleans, Louisiana  NOV - 2 2006

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 2, 2006

Mr Robert H Shemwell, Clerk
Western District of Louisiana, Lake Charles
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101

      No. 06-30884 Cheramie v. Jones
      USDC No. 1:06-CV-165

Enclosed is a certified copy of the judgment issued as the mandate.

                      Sincerely,

                      CHARLES R. FULBRUGE III, Clerk

                      By: _____
                            Cindy Broadhead, Deputy Clerk
                            504-310-7707

cc: w/encl:
    Ms Christi L Cheramie

MDT-1